## UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

BILL SHUCK and BRAD SHORE,

**JUDGMENT IN A CIVIL CASE**

Plaintiffs,

v.

Case Number:   03-1381-JTM

WICHITA HOCKEY, INC., et al.,

Defendants.

     IT IS ORDERED AND ADJUDGED in accordance with the Memorandum and Order filed February 16, 2005, that judgment is granted in favor of defendants Horn Chen and Ice Hockey, L.L.C., on the COBRA claims of both plaintiffs Shuck and Shore.  Judgment is granted in favor of defendant Central Hockey League as to the claim of defendant Shore.  Judgment is granted in favor of plaintiff Shuck as to his unpaid medical expenses against Central Hockey League.

RALPH L. DeLOACH, CLERK

  February 16, 2005                    By    s/ R. Thompson
Date                                                 Deputy Clerk