IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILL SHUCK and BRAD SHORE, ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | Civil Action No. 03-1381-JTM |
| ) | |
| WICHITA HOCKEY, INC. d/b/a WICHITA ) | |
| THUNDER, HORN CHEN, ICE HOCKEY LLC ) | |
| d/b/a INDIANAPOLIS ICE, EXPRESS ) | |
| SPORTS LLC, MEMPHIS HOCKEY, INC., ) | |
| TULSA OILERS, and CENTRAL HOCKEY ) | |
| LEAGUE, INC., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## AGREED ORDER GRANTING ATTORNEYS FEES

On February 16, 2005, the Court awarded Plaintiff Bill Shuck judgment against Central Hockey League, Inc. for his reasonable attorneys fees and expenses. The amount of the fees are $61,509.00 and the amount of the expenses are $3,508.35, for a total of $65,017.35.

Dated this 19th day of September, 2005.

s/ J. Thomas Marten
U. S. DISTRICT JUDGE

APPROVED BY:

  /s/ Gaye B. Tibbets
Gaye B. Tibbets   #13240
HITE, FANNING & HONEYMAN L.L.P.
100 North Broadway, Suite 950
Wichita, KS 67202

Telephone:  316-265-7741
Facsimile:  316-267-7803
E-Mail:   tibbets@hitefanning.com
*Attorney for Plaintiff Bill Shuck*


   /s/ Alexander Mitchell
Alexander Mitchell   #08204
Klenda, Mitchell, Austerman & Zuercher, L.L.C.
1600 EPIC Center
301 N. Main
Wichita, KS  67202-4888
Telephone:  316-267-0331
Facsimile:   316-267-0331
E-Mail:   amitchell@kmazlaw.com
*Attorney for Defendant*

2